IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:15CR280-1
:
ROBERT [NMN] MACK :

The Grand Jury charges:

From in or about February 2013, continuing up to and including in or about February 2015, the exact dates to the Grand Jurors unknown, in the County of Scotland, in the Middle District of North Carolina, ROBERT [NMN] MACK knowingly did receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged above, the defendant, ROBERT [NMN] MACK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252A, and all property, real or personal, used or intended to be used to commit or promote the

commission of the offense of conviction, including but not limited to the following items that were obtained from defendant on April 23, 2015:

    a. One Acer Laptop Computer, serial number LXRD8020170501C1B1601;

    b. One HP Desktop Computer, serial number CNX74802QH;

    c. One Lexar 2 Gigabyte Thumb Drive;

    d. One Sandisk Cruzer Switch 16 Gigabyte Thumb Drive;

    e. Four Sandisk Cruzer Glide 32 Gigabyte Thumb Drives;

    f. Two Sandisk Cruzer Glide 64 Gigabyte Thumb Drives

    g. One 1 Gigabyte SD Card; and

    h. One Toshiba external hard drive, serial number 824FS6A5SSX4.

2

Case 1:15-cr-00280-NCT    Document 1    Filed 07/27/15    Page 2 of 3

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL:


_____
ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY


_____
RIPLEY RAND
UNITED STATES ATTORNEY