# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>ROBERT [NMN] MACK<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:15CR280-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROBERT [NMN] MACK ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

Receive child pornography (Forfeiture allegation) in violation of 18:2252A (a) (2) A and (b) (1).

***The United States Attorney requests a detention hearing***

***In the event the defendant is released, the United States Attorney recommends that the Adam Walsh Sex Offender Specific Conditions be a part of release conditions***

Date: 07/28/2015

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, NC

/s/Carol Butler, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: